1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TREVON R. KIRKLAND,

Plaintiff,

v.

D. SMITH, *et al.*,

Defendants.

Case No. 1:23-cv-00602-CDB (PC)

ORDER TO PAY FILING FEE IN FULL OR SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS*

**FORTY-FIVE (45) DAY DEADLINE**

Plaintiff Trevon R. Kirkland is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, it is ORDERED that, **within forty-five (45) days** from the date of service of this Order, Plaintiff shall prepay the $402.00 filing fee in full OR submit the attached application to proceed *in forma pauperis*, completed and signed. **No requests for extensions of time will be granted absent a timely filing establishing good cause. Plaintiff's failure to comply with this Order will result in a recommendation for dismissal of the action without further notice.**

The Clerk of Court is directed to provide Plaintiff with an *in forma pauperis* application.

IT IS SO ORDERED.

Dated:   __April 19, 2023__                     _____

UNITED STATES MAGISTRATE JUDGE