UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVON R. KIRKLAND,<br><br>            Plaintiff,<br><br>    v.<br><br>D. SMITH, et al.,<br><br>            Defendants. | Case No.: 1:23-cv-00602-JLT-CDB<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 36) |

Plaintiff Trevon R. Kirkland is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.     BACKGROUND**

Following service of Plaintiff's complaint on Defendants Bucato, Moore, and Smith, Defendants waived personal service, and a responsive pleading was due to be filed no later than April 22, 2025. (Doc. 35.)

On April 21, 2025, Defendants filed an ex parte application to extend the deadline for filing a responsive pleading. (Doc. 36.)

**II.    DISCUSSION**

Defendants request an extension of 30-days within which to file a responsive pleading. (Doc. 36 at 1.) Defense counsel declares that although he has been diligent in seeking necessary documentation, he has not yet received Plaintiff's complete central file and other relevant

documents, including information relating to any internal investigation of Plaintiff's excessive force claims. (Doc. 36-1 at 2, ¶¶ 4, 6.) Counsel declares he needs to receive and review those documents to respond to Plaintiff's allegations. (*Id.*, at ¶ 5.) Defendants have not sought a previous extension of the filing deadline and do not seek the requested extension to delay or harass Plaintiff, or for any other improper purpose. (*Id.*, ¶¶ 7-8.)

### III.     CONCLUSION AND ORDER

Accordingly, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendants' request for an extension of time within which to file a responsive pleading (Doc. 36) is **GRANTED**; and
2. Defendants **SHALL** file a responsive pleading **no later than May 22, 2025**.

IT IS SO ORDERED.

Dated:   **April 22, 2025**                               _____
                                                                              UNITED STATES MAGISTRATE JUDGE

2