UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVON R. KIRKLAND,<br><br>            Plaintiff,<br><br>    v.<br><br>D. SMITH, et al.,<br><br>            Defendants. | Case No.: 1:23-cv-00602-JLT-CDB<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 48) |

Plaintiff Trevon R. Kirkland is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On November 12, 2025, this Court issued its Order to Show Cause (OSC) Why Defendant Sanctions Should Not be Imposed Against Defendants for Failure to Obey Court Order. (Doc. 57.) Therein, the Court directed Defendants to file within seven days a written response, or alternatively, a notice regarding their willingness to participate in an early settlement conference. (*Id.*) That same date, Defendants Bucato and Moore filed their notice.[1] (Doc. 49.)

Accordingly, for their timely compliance with the OSC, the Court **HEREBY ORDERS** the OSC (Doc. 48) is **DISCHARGED** without imposition of sanctions.

IT IS SO ORDERED.

Dated:   **November 13, 2025**

                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Defense counsel shall contact the undersigned's courtroom deputy to schedule a settlement conference no later than November 24, 2025.