IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TREVON KIRKLAND,**<br>Plaintiff,<br>**v.**<br>**D. SMITH, et al.,**<br>Defendants. | Case No. 1:23-cv-00602-JLT-CDB<br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO STAY PROCEEDINGS FOR 180 DAYS**<br>(Doc. 75)<br>**ORDER VACATING DISCOVERY AND SCHEDULING ORDER** |

The Court has reviewed Defendants' Ex Parte Application to Stay Proceedings for 180 days (Doc. 25.)

Good cause appearing, it is HEREBY ORDERED that proceedings in this case are STAYED for 180 days, through May 13, 2027.

It is FURTHER ORDERED that the parties SHALL FILE a joint status report regarding the status of the proceedings no later than April 29, 2027.

And it is FURTHER ORDERED that the Discovery and Scheduling Order (Doc. 70) issued March 13, 2026, is VACATED, to be reissued following any lift of the stay as appropriate.

IT IS SO ORDERED.

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE